IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMMIMADAB YISRAEL-BEN LEVY,
formerly known as Gillium Levy,

    Plaintiff,

v.

C. HOLINKA, MARION FEATHERS,
BILL L. JONES, R. MARTINEZ, LIEUTENANT
MARTEN, CHARLES LOCKETT and HARRELL
WATTS,

    Defendants.

ORDER

09-cv-279-slc

---

Plaintiff is proceeding on his claims against defendants under the Religious Freedom Restoration Act (RFRA), 42 U.S.C. § 2000bb-1, and the First and Fifth Amendments. The court forwarded a copy of plaintiff's amended complaint, the screening order, summons for the defendants and a marshal service form to the United States Marshal for service on all of the defendants. Now defendants have filed a motion to reset the deadline for their response, stating that although the individual defendants were served, the United States was not served, as is necessary under Fed. R. Civ. P. 4(i). Because the United States has not been properly served, defendants' motion to reset their deadline to respond to the amended complaint is GRANTED. For the sake of expediency, I will send a summons, the amended complaint, and the screening order to the local United States Attorney and the United States Attorney General via certified mail in order to properly complete service. As defendants are aware, they must respond to the

amended complaint within 60 days from the date of service on the United States Attorney's Office.

Entered this 19th day of October, 2009.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge

2