IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMMINADAB YISRAEL-BEN LEVY,
formerly known as Gillium Levy,

    Plaintiff,

v.

C. HOLINKA, MARION FEATHER,
BILL L. JONES, R. MARTINEZ,
LIEUTENANT MARTEN, CHARLES
LOCKETT and HARRELL WATTS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-279-vis

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____     3/31/10
Peter Oppeneer, Clerk of Court         Date